**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1043**

---

CURTIS E. SALYERS,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  Glen M. Williams, Senior District Judge.  (CA-98-169-2)

---

Submitted:  May 23, 2000              Decided:  June 19, 2000

---

Before MURNAGHAN, WILKINS, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Joseph E. Wolfe, Erick A. Bowman, WOLFE & FARMER, Norton, Virginia, for Appellant.  John M. Sacchetti, Regional Chief Counsel, Patricia M. Smith, Deputy Regional Chief Counsel, Robert W. Flynn, Assistant Regional Counsel, Office of General Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Robert P. Crouch, Jr., United States Attorney, Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Curtis E. Salyers appeals the district court's order affirming the decision of the Commissioner of the Social Security Administration denying disability benefits. We have reviewed the record and the district court's opinion adopting the magistrate judge's report and find no reversible error. Accordingly, we affirm the district court. See Salyers v. Apfel, No. CA-98-169-2 (W.D. Va. Nov. 4, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED